93 A.3d 817

Wendell LONG, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

June 16, 2014.

Wendell Long, pro se.

John Jason Talaber, PA Board of Probation & Parole, for Pennsylvania Board of Probation and Parole.

## ORDER

PER CURIAM.

AND NOW, this 16th day of June, 2014, the order of the Commonwealth Court is AFFIRMED.

93 A.3d 817

Larry WALLS, Appellant

v.

DEPARTMENT OF CORRECTIONS, Appellee.

Supreme Court of Pennsylvania.

June 16, 2014.